■ In the Matter of XAVIER G., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JAMIE G., Appellant, et al., Respondent. [737 NYS2d 906] —Appeal from an order of Family Court, Erie County (Szczur, J.), entered January 30, 2001, which, inter alia, adjudged that Xavier G. is an abused child.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Erie County, Szczur, J. Present—Hayes, J.P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.